BRISCOE, Circuit Judge,
concurring.
I concur in the affirmance of Mr. Estrada’s conviction and sentence. I write only to differ with one point. The majority cites United States v. Silkwood, 893 F.2d 245 (10th Cir.1989), as authority for the proposition that a criminal defendant has a right to self-representation when the defendant requests self-representation after the guilt phase of the trial. I do not read *822 Silkwood as supporting that conclusion and would simply, for purposes of this appeal, assume without deciding that self-representation extends to sentencing proceedings. See Martinez v. Court of Appeal of California, 528 U.S. 152, 120 S.Ct. 684, 145 L.Ed.2d 597 (2000) (concluding that right of self-representation does not extend to direct appeals).